IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       *

    v.                             *

Eric Zeis                      *   Case:   23-mj-298

 Defendant                     *

                         *   *   *   *   *

## APPEARANCE

    Please enter my appearance on behalf of the Defendant, ERIC ZEIS, in the above-captioned case.

_____/s/_____
Warren D. Price
MURPHY & PRICE, LLP
10 Boulder Crescent, Suite 301
Colorado Springs, CO 80903
(719) 368-3853

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 16Th day of November, 2023, a copy of the foregoing appearance was electronically served via email (*rebekah.lederer@usdoj.gov*) to the Office of the United States Attorney at Washington, DC.

_____/s/_____
Warren D. Price